

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

CINDY MCCANDLESS, )
)
Plaintiff, )
)
vs. )
)
HOME DEPOT U.S.A. INC., )
d/b/a HOME DEPOT, )
)
Defendant. )
_____ ) Case No. 3AN-11-_____ CI

## COMPLAINT

COMES NOW, the plaintiff, CINDY MCCANDLESS, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action for this complaint:

I

Plaintiff, CINDY MCCANDLESS, is a resident of the state of Alaska, residing in Wasilla, Alaska.

II

Defendant, HOME DEPOT U.S.A. INC., is a corporation authorized to do business in the state of Alaska doing business as HOME DEPOT, owns and operates a store located on or near the Palmer-Wasilla Highway in Wasilla, Alaska.

III

All events relevant to the cause of action of this complaint occurred in the Third Judicial District in the State of Alaska.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

IV

On or about January 7th, 2010, plaintiff was in the door section of the defendant's store at Wasilla Alaska when a door fell from an inventory and/or display rack and struck her. As a result of being struck by this door, plaintiff incurred damages set forth in paragraph X of this complaint.

V

## FIRST CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through IV of this complaint into this First Cause of Action.

VI

Defendant owed a duty to keep its inventory and display racks in good repair and in a safe condition free from hazards, as well as to warn users of the store of potential hazards. Defendant breached this duty by failing attach a guard to the inventory/display shelf to hold the doors in place, in failing to safely secure the doors on display in their store, in failing to provide a warning of this condition, in failing to properly correct this hazard, by failing to inspect, monitor, maintain and correct this safety hazard, and by knowingly failing to secure hazardous objects from falling on customers using this section of their store.

VII

As a result of the defendant's negligence in breaching this duty, the plaintiff incurred the damages/injuries set forth in paragraph X of this complaint.

McCandless v. Home Depot
3AN-11-_____ ___ CI
Complaint
Page 2 of 4

Exhibit 1
Page 2 of 4 Pages

## VIII

### SECOND CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through VII of this complaint into this Second Cause of Action.

### IX

Defendant was negligent per se in that the acts and omissions violated their own standards for maintenance, safety, and inspection of their store. As a result of this negligence per se, plaintiff incurred injuries set forth in paragraph X of this complaint.

### X

As a direct and proximate result of defendant's acts and omissions, plaintiff suffered the following injuries and damages:

1. Injuries to her shoulder;
2. Medical expenses;
3. Disabilities and loss of full function of her body;
4. Past, present, and future physical and emotional pain and suffering;
5. Loss of full enjoyment of life; and
6. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgment in her favor against the defendant for the following:

a. Compensatory damages to be proven at trial in a sum within the jurisdiction of the superior court;

b. For pre-judgment and post-judgment interest, costs, and attorney fees;

c. For any other relief this court deems just and equitable.

McCandless v. Home Depot
3AN-11-_____ CI
Complaint
Page 3 of 4

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

Exhibit 1
Page 3 of 4 Pages

DATED this 24 day of March, 2011.

CHARLES W. COE
Attorney for Plaintiff

*Charles W. Coe*
Charles W. Coe
ABA#7804002

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

McCandless v. Home Depot
3AN-11-____ ____ CI
Complaint
Page 4 of 4

Exhibit 1
Page 4 of 4 Pages